IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-103-RLV-DCK

| | |
|---|---|
| RICHARD BRENNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLINA COACH & CAMPER, LLC and ) | |
| STEVEN WELLS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Raymond E. Owens, Jr., filed a "Certification Of Mediation Session" (Document No. 22) notifying the Court that the parties reached a settlement on August 16, 2016. The Court commends the parties, and Mr. Owens for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **September 16, 2016**.

**SO ORDERED**.

Signed: August 18, 2016

David C. Keesler
United States Magistrate Judge